■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERBERT C. COHEN, Appellant.— Motion by appellant to enlarge his time to perfect the appeal granted; time enlarged to the June Term, beginning May 22, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST CUNNINGHAM, Appellant.— On the court's own motion, the decision handed down February 20, 1961, is amended by striking out the designation of Joseph E. Fox, Jr., Esquire, as counsel to prosecute the appeal, and by designating York M. Iguchi, Esquire, 20 Dewey Street, Huntington, New York, as such counsel. The appellant's time to perfect the appeal is further enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS GIRARDI, Appellant.— Motion by appellant to withdraw his appeal from an order of the County Court, Queens County, entered October 5, 1960, denying his *coram nobis* application, granted, on consent. Nolan, P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN W. HOLLAND, Appellant.— Motion by respondent to dismiss appeal from an order of the County Court, Nassau County, dated January 6, 1961, denying appellant's motion to direct a jury trial of the issues raised in his *coram nobis* application. Motion granted; appeal dismissed. The order is an intermediate order in the proceeding, which is not appealable (cf. Code Crim. Pro., § 517). Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL J. HUNNICUTT, JR., Appellant.— Motion by appellant to dispense with printing granted. The appeal will be heard on the original papers (including the original typed minutes) and on appellant's typewritten brief which shall include the opinion, if any, of the trial court. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. The appellant's time to perfect the appeal is enlarged to the May Term, beginning April 24, 1961; appeal ordered on the calendar for said term. Ughetta, Acting P. J., Kleinfeld, Christ, Pette and Brennan, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND HYTER, Appellant.— On the court's own motion, the order dated April 6, 1959, dismissing the appeal from a judgment of conviction, is vacated. Motion by appellant for reconsideration of his motion to dispense with printing and for assignment of counsel, granted. On reconsideration, appellant's motion to dispense with printing and for assignment of counsel, granted. The appeal will be heard on the original papers (including the typed minutes) and on appellant's typewritten brief, which shall include a copy of the opinion, if any, of the court below. The appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Appellant's time to perfect the appeal is enlarged to the September Term, beginning September 6, 1961; appeal ordered on the calendar for said term. Reuben E. Gross, Esquire, 30 Bay Street, Staten Island 1, New York, is assigned as counsel to prosecute the appeal. Nolan, P. J., Ughetta, Christ, Pette and Brennan, JJ., concur.